UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEMINI MASTER FUND, LTD. and BLACK MOUNTAIN EQUITIES, INC.

        Plaintiff,

-against-

ELECTRONIC CIGARETTES INTERNATIONAL GROUP, LTD,

        Defendant.

Civil Action No. 1:15-cv-03378-WHP

ECF Case

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/15

**IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED**, by and between the undersigned attorneys, that:

1. The time for defendant to answer or otherwise respond to the Complaint filed on April 30, 2015 is extended to June 8, 2015.

2. A facsimile or electronically transmitted copy of this Stipulation shall be deemed an original.

OLSHAN FROME WOLOSKY LLP

By: _____
Thomas J. Fleming
Mason A. Barney
*Attorneys for Plaintiffs*
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300

Dated: 5/13/2015

ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

By: _____
Lawrence S. Hirsh
David E. Danovitch
*Attorneys for Defendant*
875 Third Avenue
New York, NY 10022
(212) 603-6300

Dated: 5/12/15

**SO ORDERED:**

_____ 5/14/15
U.S.D.J.

3180218-1