UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEMINI MASTER FUND, LTD. AND BLACK MOUNTAIN EQUITIES, INC.<br><br>Plaintiffs,<br><br>-against-<br><br>ELECTRONIC CIGARETTES INTERNATIONAL GROUP, LTD.,<br><br>Defendant. | C.A. No. 15 CV 03378 (WHP)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs Gemini Master Fund, Ltd. and Black Mountain Equities, Inc.

Dated: New York, New York
June 29, 2015

OLSHAN FROME WOLOSKY LLP

By: */s/ Rebecca E. Houck*
Rebecca E. Houck
*Attorneys for Plaintiffs*
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(t) (212) 451-2300

3258189-1