```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-24-15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

GEMINI MASTER FUND, LTD., *et al.*

    Plaintiffs,

    -against-

ELECTRONIC CIGARETTES
INTERNATIONAL GROUP, LTD,

    Defendant.

------------------------------------

15cv3378

SCEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

    The parties, having appeared for a conference on July 24, 2015, the following is established:

(1) Plaintiffs' motion for summary judgment is due by August 28, 2015;

(2) Defendant's opposition is due by October 9, 2015;

(3) Plaintiffs shall file any reply by October 19, 2015;

(4) Oral argument is scheduled for November 6, 2015 at 12:00 p.m.

(5) Initial disclosures shall be served by August 7, 2015;

(6) Discovery shall be completed by November 30, 2015;

(7) The parties shall file a joint pre-trial order by January 15, 2016; and

(8) The parties shall appear for a final pre-trial conference on January 22, 2016 at 11:00 a.m.

Dated: July 24, 2015
       New York, New York

SO CRDERED:

*[signature]*
WILLIAM H. PAULEY III U.S.D.J.