UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

GEMINI MASTER FUND, LTD. and
BLACK MOUNTAIN EQUITIES, INC  Plaintiff,

Case No. 15-cv-3378-WHP

-against-

ELECTRONIC CIGARETTES
INTERNATIONAL GROUP, LTD,  Defendant.
--------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Lawrence S. Hirsh
FILL IN ATTORNEY NAME

My SDNY Bar Number is: LH4371          My State Bar Number is 1979897

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Dewey & LeBouef, LLP
            FIRM ADDRESS: 1301 Avenue of the Americas, New York, NY 10019
            FIRM TELEPHONE NUMBER: 212-259-8000
            FIRM FAX NUMBER:

NEW FIRM:   FIRM NAME: Robinson Brog Leinwand Greene Genovese & Gluck PC
            FIRM ADDRESS: 875 Third Ave., 9th Fl., New York, New York 10022
            FIRM TELEPHONE NUMBER: 212-603-6300
            FIRM FAX NUMBER: 212-956-2164

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 7/24/15

ATTORNEY'S SIGNATURE