ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

875 THIRD AVENUE

NEW YORK, NEW YORK 10022-0123

(212) 603-6300

FAX (212) 956-2164

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-2-15

October 1, 2015

Lawrence S. Hirsh
212-603-6305
lhirsh@robinsonbrog.com

**VIA ECF AND MAIL**
Honorable William H. Pauley III
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

Re:   *Gemini Masters Fund, Ltd. and Black Mountain Equities, Inc.*
      *Electronic Cigarettes International Group, LTD., 15-cv-3378 (WHP)*

Dear Judge Pauley:

We represent defendant Electronic Cigarettes International Group, Ltd. ("ECIG"). We write, with the consent of plaintiffs' counsel, to request a short extension of the time to oppose plaintiffs' motion for summary judgment, dated August 28, 2015 [Doc. 16-21] (the "Motion"). Pursuant to this Court's Scheduling Order dated July 24, 2015 [Doc. 13], ECIG is required to file its opposition to the Motion by October 9, 2015. Plaintiffs' reply is currently due October 19, 2015.

Due to extenuating circumstances, including the need for defendant to complete the depositions of plaintiffs' representatives and certain family health issues, ECIG requests that its time to oppose the Motion be extended to October 21, 2015 and that Plaintiffs' time to reply be extended to October 30, 2015. The scheduled argument date of November 6 would remain the same, subject to the Court's schedule. ECIG has not previously requested additional time to oppose the Motion. Thank you for your consideration.

Respectfully Submitted,

*Lawrence S. Hirsh*
Lawrence S. Hirsh         Application granted.

Cc: Thomas J. Fleming, Esq.

{00753399.DOCX;1 }

SO ORDERED:

*William H. Pauley*
WILLIAM H. PAULEY III U.S.D.J.

10-2-15