UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEMINI MASTER FUND, LTD. AND BLACK MOUNTAIN EQUITIES, INC.<br><br>                              Plaintiffs,<br><br>-against-<br><br>ELECTRONIC CIGARETTES INTERNATIONAL GROUP, LTD.,<br><br>                              Defendant. | Docket No: 15 CV 03378(WHP)<br><br>**NOTICE OF APPEARANCE<br>OF ANDREW T. LOLLI** |

**PLEASE TAKE NOTICE** that the undersigned hereby appears as an attorney for defendant Electronic Cigarettes International Group, Ltd. in the above captioned action, and demands that copies of all pleadings, papers, notices, and other communications relating to this action be served upon the undersigned.

Dated:  New York, New York
         October 8, 2015

ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.

By: /s/ Andrew T. Lolli
      Andrew T. Lolli
Attorneys for defendant
Electronic Cigarettes International Group, Ltd.
875 Third Avenue, 9th Floor
New York, New York 10022-0123
(212) 603-6300

{00754645.DOC;1 }