UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEMINI MASTER FUND, LTD. AND BLACK MOUNTAIN EQUITIES, INC., <br><br>Plaintiffs,<br><br>-against-<br><br>ELECTRONIC CIGARETTES INTERNATIONAL GROUP, LTD,<br><br>Defendant. | No. 15-cv-3378 (WHP) |

### DECLARATION OF LAWRENCE S. HIRSH
### IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Lawrence S. Hirsh hereby declares under the penalties of perjury pursuant to 28 U.S.C. §1746 as follows:

1. I am a member of Robinson Brog Leinwand Greene Genovese & Gluck P.C., attorneys for defendant Electronic Cigarettes International Group, Ltd. ("ECIG") in this action. I submit this declaration in order to place before the Court certain exhibits for consideration in opposition to plaintiffs' motion for summary judgment.

2. Attached hereto as Exhibit A is a true and accurate copy of the deposition transcript of plaintiff Gemini Master Fund, Ltd.'s President, Steven Winters, dated October 6, 2015.

3. Attached hereto as Exhibit B is a true and accurate copy of the deposition transcript of plaintiff Black Mountain Equities, Inc.'s President and Chief Executive Officer, Adam Baker, dated October 6, 2015.

4. Attached hereto as Exhibit C is a true and accurate copy of ECIG's Form 10-Q as filed with EDGAR on November 19, 2014.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York, New York
      October 21, 2015

                                                        Lawrence S. Hirsh