# EXHIBIT B

*Electronic Cigarettes International Group, Ltd.*
*14200 Ironwood Drive*
*Grand Rapids, MI 49534*
6651 - Common Stock

Incorporated: Nevada
Began As Transfer Agent: 7/25/07

| Authorized Shares: | | 300,000,000 | | | | Total Outstanding Shares |
|---|---|---|---|---|---|---|
| Par Value: | | $0.001 | | | | 70,482,486 |
| Date | Type | Shareholder Name | Cert No. | Shares Issued | Shares Returned | Shares Outstanding |
| 7/25/2007 | | Began as Transfer Agent | | | | |
| 11/16/2007 | 144 | Irvine, Ray | 100 | 10,000,000 | | 10,000,000 |
| 11/16/2007 | 144 | MacCullough, Scott | 101 | 619,727 | | 10,619,727 |
| 11/16/2007 | 144 | Beaubier, Laura | 102 | 544,727 | | 11,164,454 |
| 11/16/2007 | 144 | Wilkie, Mark | 103 | 644,727 | | 11,809,181 |
| 11/16/2007 | 144 | Pesto, Rick | 104 | 594,727 | | 12,403,908 |
| 11/16/2007 | 144 | Molnar, Elizabeth | 105 | 469,727 | | 12,873,635 |
| 11/16/2007 | 144 | Rokosh, Kevin | 106 | 519,727 | | 13,393,362 |
| 11/16/2007 | 144 | Dahl, Howard | 107 | 825,000 | | 14,218,362 |
| 11/16/2007 | 144 | Dahl, Catherine | 108 | 825,000 | | 15,043,362 |
| 11/16/2007 | 144 | Heskia, Gil | 109 | 614,727 | | 15,658,089 |
| 11/16/2007 | 144 | Petersen, Michael | 110 | 594,727 | | 16,252,816 |
| 11/16/2007 | 144 | Larsen, Jeff | 111 | 634,727 | | 16,887,543 |
| 11/16/2007 | SB-2 | Pollock, Beth | 112 | 5,000 | | 16,892,543 |
| 11/16/2007 | SB-2 | Scarlett, Carrie | 113 | 1,000 | | 16,893,543 |
| 11/16/2007 | SB-2 | Watson, Craig | 114 | 1,500 | | 16,895,043 |
| 11/16/2007 | SB-2 | Kurtenacker, David | 115 | 5,000 | | 16,900,043 |
| 11/16/2007 | SB-2 | Young, Douglas | 116 | 5,000 | | 16,905,043 |
| 11/16/2007 | SB-2 | Estate of Sanford Anderson | 117 | 4,500 | | 16,909,543 |
| 11/16/2007 | SB-2 | Anderson, Greta | 118 | 4,500 | | 16,914,043 |
| 11/16/2007 | SB-2 | Maharaj, Harry Sean | 119 | 2,500 | | 16,916,543 |
| 11/16/2007 | SB-2 | Boissonnault, Henry | 120 | 5,000 | | 16,921,543 |
| 11/16/2007 | SB-2 | Bunz, Karen | 121 | 2,500 | | 16,924,043 |
| 11/16/2007 | SB-2 | Rokosh, Kevin | 122 | 1,000 | | 16,925,043 |
| 11/16/2007 | SB-2 | Klaussen, Kevin | 123 | 1,000 | | 16,926,043 |
| 11/16/2007 | SB-2 | Llic, Kristy | 124 | 2,500 | | 16,928,543 |
| 11/16/2007 | SB-2 | Streich, Larry | 125 | 1,500 | | 16,930,043 |
| 11/16/2007 | SB-2 | Palmer, Laura | 126 | 2,250 | | 16,932,293 |
| 11/16/2007 | SB-2 | Bussell, Martin | 127 | 5,000 | | 16,937,293 |
| 11/16/2007 | SB-2 | Moadebi, Mathher | 128 | 1,000 | | 16,938,293 |
| 11/16/2007 | SB-2 | Morrison, Meg | 129 | 2,500 | | 16,940,793 |
| 11/16/2007 | SB-2 | Rokosh, Kevin | 130 | 2,500 | | 16,943,293 |
| 11/16/2007 | SB-2 | Young, Michael | 131 | 5,000 | | 16,948,293 |
| 11/16/2007 | SB-2 | Janes, Michelle | 132 | 1,000 | | 16,949,293 |
| 11/16/2007 | SB-2 | Lok, Neville | 133 | 2,500 | | 16,951,793 |
| 11/16/2007 | SB-2 | Beaubier, Peter | 134 | 2,500 | | 16,954,293 |
| 11/16/2007 | SB-2 | Gregoris, Robert | 135 | 2,500 | | 16,956,793 |
| 11/16/2007 | SB-2 | Beaubier, Rose | 136 | 2,500 | | 16,959,293 |
| 11/16/2007 | SB-2 | Gjesdal, Roy | 137 | 5,000 | | 16,964,293 |
| 11/16/2007 | SB-2 | Kardakaris, Telis | 138 | 1,304 | | 16,965,597 |
| 11/16/2007 | SB-2 | Morrison, Terry | 139 | 2,500 | | 16,968,097 |
| 11/16/2007 | SB-2 | Harris, Trevor | 140 | 5,000 | | 16,973,097 |
| 11/16/2007 | SB-2 | Wilkie, Vern | 141 | 1,750 | | 16,974,847 |
| 11/16/2007 | SB-2 | McCullough, Scott | 142 | 280,273 | | 17,255,120 |
| 11/16/2007 | SB-2 | Beaubier, Laura | 143 | 280,273 | | 17,535,393 |

**Electronic Cigarettes International Group, Ltd.**
**14200 Ironwood Drive**
**Grand Rapids, MI 49534**
6651 - Common Stock

Incorporated: Nevada
Began As Transfer Agent: 7/25/07

| | | | | | | Total Outstanding Shares |
|---|---|---|---|---|---|---|
| Authorized Shares: | | 300,000,000 | | | | |
| Par Value: | | $0.001 | | | | 70,482,486 |
| Date | Type | Shareholder Name | Cert No. | Shares Issued | Shares Returned | Shares Outstanding |
| 11/16/2007 | SB-2 | Wilkie, Mark | 144 | 280,273 | | 17,815,666 |
| 11/16/2007 | SB-2 | Pesto, Rick | 145 | 280,273 | | 18,095,939 |
| 11/16/2007 | SB-2 | Molnar, Elizabeth | 146 | 280,273 | | 18,376,212 |
| 11/16/2007 | SB-2 | Rokosh, Kevin | 147 | 280,273 | | 18,656,485 |
| 11/16/2007 | SB-2 | Heskia, Gil | 148 | 280,273 | | 18,936,758 |
| 11/16/2007 | SB-2 | Petersen, Michael | 149 | 280,273 | | 19,217,031 |
| 11/16/2007 | SB-2 | Larsen, Jeff | 150 | 280,273 | | 19,497,304 |
| 11/16/2007 | SB-2 | Wolf, Alex | 151 | 2,250 | | 19,499,554 |
| 11/16/2007 | SB-2 | Gill, Amrit Paul | 152 | 5,000 | | 19,504,554 |
| 11/16/2007 | SB-2 | Wilkie, Mark | 153 | 1,750 | | 19,506,304 |
| 6/25/2013 | 144 | Hardgrove, Marc | 174 | 17,550,000 | | 37,056,304 |
| 6/25/2013 | 144 | Martin, David | 175 | 2,600,000 | | 39,656,304 |
| 6/25/2013 | 144 | Willis, Brent | 176 | 4,875,000 | | 44,531,304 |
| 6/25/2013 | 144 | Simon, Paul Cory | 177 | 3,900,000 | | 48,431,304 |
| 6/25/2013 | 144 | Perner, John | 178 | 975,000 | | 49,406,304 |
| 6/25/2013 | 144 | Riffle, Steve | 179 | 975,000 | | 50,381,304 |
| 6/25/2013 | 144 | Geiskopf, James P | 180 | 100,000 | | 50,481,304 |
| 6/25/2013 | RegS | Dillman, Jr Paul R | 181 | 1,625,000 | | 52,106,304 |
| 6/25/2013 | RegS | 0908353 BC Ltd | 182 | 400,000 | | 52,506,304 |
| 6/25/2013 | RegS | Irvine, Raymond | 183 | 200,000 | | 52,706,304 |
| 6/25/2013 | RegS | Gundy Co ITF | 184 | 80,000 | | 52,786,304 |
| 6/25/2013 | RegS | Lesage, Frederic | 185 | 80,000 | | 52,866,304 |
| 6/25/2013 | RegS | Paquet, Stephane | 186 | 80,000 | | 52,946,304 |
| 6/25/2013 | RegS | Truchon, Jacqueline | 187 | 80,000 | | 53,026,304 |
| 6/25/2013 | RegS | Truchon, Roland | 188 | 80,000 | | 53,106,304 |
| 6/25/2013 | RegS | Logie, William | 189 | 80,000 | | 53,186,304 |
| 6/25/2013 | RegS | Paquet, Genevieve | 190 | 80,000 | | 53,266,304 |
| 6/25/2013 | RegS | Djamila, Rabia | 191 | 80,000 | | 53,346,304 |
| 6/25/2013 | RegS | Lailey, Douglas | 192 | 300,000 | | 53,646,304 |
| 6/25/2013 | RegS | Crawford, James | 193 | 140,000 | | 53,786,304 |
| 6/25/2013 | RegS | MacKillop, Paul | 194 | 200,000 | | 53,986,304 |
| 6/25/2013 | RegS | Hill, Ian | 195 | 200,000 | | 54,186,304 |
| 6/25/2013 | RegS | Thiessen, Randell | 196 | 40,000 | | 54,226,304 |
| 6/25/2013 | RegS | Leong, Wayne | 197 | 300,000 | | 54,526,304 |
| 6/25/2013 | RegS | Sobotka, John | 198 | 100,000 | | 54,626,304 |
| 6/25/2013 | RegS | Robinson, William | 199 | 100,000 | | 54,726,304 |
| 6/25/2013 | RegS | Kondrat, Mark | 200 | 100,000 | | 54,826,304 |
| 6/25/2013 | RegS | Couturier, Jean-Guy | 201 | 100,000 | | 54,926,304 |
| 6/25/2013 | RegS | Nickel, Darcy | 202 | 40,000 | | 54,966,304 |
| 6/25/2013 | RegS | Bergen, Timothy | 203 | 40,000 | | 55,006,304 |
| 6/25/2013 | RegS | Diaser Consulting Ltd | 204 | 100,000 | | 55,106,304 |
| 6/25/2013 | RegS | Sunrich Greenhouses Inc | 205 | 60,000 | | 55,166,304 |
| 6/25/2013 | RegS | Auch, Derrick K | 206 | 20,000 | | 55,186,304 |
| 6/25/2013 | RegS | Bergen, John | 207 | 40,000 | | 55,226,304 |
| 6/25/2013 | RegS | Paulus, George Edmund | 208 | 20,000 | | 55,246,304 |

Electronic Cigarettes
International Group, Ltd.
14200 Ironwood Drive
Grand Rapids, MI 49534
6651 - Common Stock

Incorporated: Nevada
Began As Transfer Agent: 7/25/07

| | | | | | Total Outstanding Shares |
|---|---|---|---|---|---|
| Authorized Shares: | 300,000,000 | | | | 70,482,486 |
| Par Value: | $0.001 | | | | |
| Date | Type | Shareholder Name | Cert No. | Shares Issued | Shares Returned | Shares Outstanding |
| 6/25/2013 | RegS | George, Stuart | 209 | 40,000 | | 55,286,304 |
| 6/25/2013 | RegS | Bassen, Brian | 210 | 40,000 | | 55,326,304 |
| 6/25/2013 | RegS | Jones, Denise & | 211 | 40,000 | | 55,366,304 |
| 6/25/2013 | RegS | Avalanche Investments | 212 | 120,000 | | 55,486,304 |
| 6/25/2013 | RegS | Silva, Delor M | 213 | 80,000 | | 55,566,304 |
| 6/25/2013 | RegS | Telford, Evelyn | 214 | 80,000 | | 55,646,304 |
| 6/25/2013 | RegS | Leong, Jonathan | 215 | 20,000 | | 55,666,304 |
| 6/25/2013 | RegS | Stone, Craig | 216 | 40,000 | | 55,706,304 |
| 6/25/2013 | RegS | Moledina, Moeez | 217 | 100,000 | | 55,806,304 |
| 6/25/2013 | RegS | Bouvier, Darryl & | 218 | 40,000 | | 55,846,304 |
| 6/25/2013 | RegS | Anton Q Suberlak | 219 | 40,000 | | 55,886,304 |
| 6/25/2013 | RegS | Shanks, Neil | 220 | 100,000 | | 55,986,304 |
| 6/25/2013 | RegS | Murphy, Bryan | 221 | 100,000 | | 56,086,304 |
| 6/25/2013 | RegS | Francl, Anthony George | 222 | 100,000 | | 56,186,304 |
| 6/25/2013 | RegS | Hall, Darcy | 223 | 300,000 | | 56,486,304 |
| 6/25/2013 | RegS | Elkin, Evan | 224 | 80,000 | | 56,566,304 |
| 6/25/2013 | RegS | Morningstar, Doug W | 225 | 80,000 | | 56,646,304 |
| 6/25/2013 | RegS | Kenning, Brian | 226 | 250,000 | | 56,896,304 |
| 6/25/2013 | RegS | Polansky, Ben | 227 | 160,000 | | 57,056,304 |
| 6/25/2013 | RegS | Peppler, Raymond B | 228 | 80,000 | | 57,136,304 |
| 6/25/2013 | RegS | Giffin, Gregory B | 229 | 200,000 | | 57,336,304 |
| 6/25/2013 | RegS | McCulloch, Gavin | 230 | 100,000 | | 57,436,304 |
| 6/25/2013 | RegS | 575738 Alberta Ltd | 231 | 80,000 | | 57,516,304 |
| 6/25/2013 | RegS | Raizman, Abraham | 232 | 120,000 | | 57,636,304 |
| 6/25/2013 | RegS | Manton, John T | 233 | 80,000 | | 57,716,304 |
| 6/25/2013 | RegS | Bluenose Investment | 234 | 80,000 | | 57,796,304 |
| 6/25/2013 | RegS | Choy, Victor | 235 | 170,000 | | 57,966,304 |
| 6/25/2013 | RegS | Qtrade Securities | 236 | 400,000 | | 58,366,304 |
| 6/25/2013 | RegS | Qtrade Securities | 237 | 400,000 | | 58,766,304 |
| 6/25/2013 | RegS | Durkacz, Anthony | 238 | 80,000 | | 58,846,304 |
| 6/25/2013 | RegS | Sharma, Sanjay | 239 | 80,000 | | 58,926,304 |
| 6/25/2013 | RegS | Cross, David | 240 | 80,000 | | 59,006,304 |
| 6/25/2013 | RegS | Brimacombe, Robert K | 241 | 200,000 | | 59,206,304 |
| 6/25/2013 | RegS | Marconato, Robert | 242 | 60,000 | | 59,266,304 |
| 6/25/2013 | RegS | Mantel, Rachel | 243 | 400,000 | | 59,666,304 |
| 6/25/2013 | RegS | Lewis, David | 244 | 100,000 | | 59,766,304 |
| 6/25/2013 | RegS | Messow, Bogard & | 245 | 100,000 | | 59,866,304 |
| 6/25/2013 | RegS | Worton, John | 246 | 80,000 | | 59,946,304 |
| 6/25/2013 | RegS | Smith, Christopher | 247 | 120,000 | | 60,066,304 |
| 6/25/2013 | RegS | Spiteri, Raymond | 248 | 100,000 | | 60,166,304 |
| 6/25/2013 | RegS | Bramall, Rupert | 249 | 100,000 | | 60,266,304 |
| 6/25/2013 | RegS | Weisshaar, Edgar | 250 | 100,000 | | 60,366,304 |
| 6/25/2013 | RegS | Brian Wener Enterprises | 251 | 80,000 | | 60,446,304 |
| 6/25/2013 | RegS | Jeffery, Peter | 252 | 40,000 | | 60,486,304 |
| 6/25/2013 | RegS | Langley, Richard G B | 253 | 300,000 | | 60,786,304 |

**Electronic Cigarettes International Group, Ltd.**
14200 Ironwood Drive
Grand Rapids, MI 49534
6651 - Common Stock

Incorporated: Nevada
Began As Transfer Agent: 7/25/07

| | | | | | Total Outstanding Shares |
|---|---|---|---|---|---|
| Authorized Shares: | 300,000,000 | | | | |
| Par Value: | $0.001 | | | | 70,482,486 |
| Date | Type | Shareholder Name | Cert No. | Shares Issued | Shares Returned | Shares Outstanding |
| 6/25/2013 | RegS | Cartman, Steve | 254 | 80,000 | | 60,866,304 |
| 6/25/2013 | RegS | Radical Capital Ltd | 255 | 240,000 | | 61,106,304 |
| 6/25/2013 | RegS | Wolverton Securities Ltd | 256 | 587,200 | | 61,693,504 |
| 6/25/2013 | RegS | Wolverton Securities Ltd | 257 | 3,200 | | 61,696,704 |
| 6/25/2013 | RegS | Wolverton Securities Ltd | 258 | 24,000 | | 61,720,704 |
| 6/25/2013 | RegS | Wolverton Securities Ltd | 259 | 6,400 | | 61,727,104 |
| 6/25/2013 | RegS | Wolverton Securities Ltd | 260 | 223,200 | | 61,950,304 |
| 6/25/2013 | RegS | Li, Zi Ting | 261 | 800,000 | | 62,750,304 |
| 6/25/2013 | RegS | Resource Project | 262 | 100,000 | | 62,850,304 |
| 6/25/2013 | RTT | Brady, Stephen | 161 | | 9,506,304 | 53,344,000 |
| 7/15/2013 | | Teckmine Industries, Inc., changed its name to | | | | 53,344,000 |
| 7/15/2013 | | Victory Electronic Cigarettes Corporation | | | | 53,344,000 |
| 8/27/2013 | RTT | Martin, David | 175 | | 1,600,000 | 51,744,000 |
| 11/4/2013 | RegS | Cedarpoint Capital Inc | 303 | 183,333 | | 51,927,333 |
| 11/4/2013 | RegS | Mantel, Steve | 304 | 1,200,000 | | 53,127,333 |
| 11/4/2013 | RegS | Johnson, Douglas | 305 | 266,666 | | 53,393,999 |
| 1/9/2014 | RegS | Bluebox Corporate | 321 | 325,810 | | 53,719,809 |
| 1/9/2014 | RegS | Carmel, Geoffrey Alan | 322 | 138,974 | | 53,858,783 |
| 1/9/2014 | RegS | Carmel, Michiel | 323 | 2,640,451 | | 56,499,234 |
| 1/9/2014 | RegS | Clapper, Michael | 324 | 2,660,509 | | 59,159,743 |
| 1/9/2014 | RegS | Davies, Mark | 325 | 170,669 | | 59,330,412 |
| 1/9/2014 | RegS | Dempsey, Jo | 326 | 341,338 | | 59,671,750 |
| 1/9/2014 | RegS | Ruddy, Terry | 327 | 67,785 | | 59,739,535 |
| 1/9/2014 | RegS | Wallis, Howard | 328 | 170,669 | | 59,910,204 |
| 1/31/2014 | RegS | Dillman, Jr Paul R | 333 | 200,000 | | 60,110,204 |
| 1/31/2014 | RegS | Darroch, Laurie | 334 | 200,000 | | 60,310,204 |
| 1/31/2014 | RegS | Resource Project | 335 | 200,000 | | 60,510,204 |
| 1/31/2014 | RegS | Aton Select Fund Limited | 336 | 200,000 | | 60,710,204 |
| 2/6/2014 | 144 | Hartford, Robert | 337 | 500,000 | | 61,210,204 |
| 2/25/2014 | RegS | Bluebox Corporate | 355 | 3,985 | | 61,214,189 |
| 2/25/2014 | RegS | Carmel, Geoffrey Alan | 356 | 1,700 | | 61,215,889 |
| 2/25/2014 | RegS | Carmel, Michiel | 357 | 32,293 | | 61,248,182 |
| 2/25/2014 | RegS | Clapper, Michael | 358 | 32,539 | | 61,280,721 |
| 2/25/2014 | RegS | Davies, Mark | 359 | 2,087 | | 61,282,808 |
| 2/25/2014 | RegS | Dempsey, Jo | 360 | 4,175 | | 61,286,983 |
| 2/25/2014 | RegS | Ruddy, Terry | 361 | 829 | | 61,287,812 |
| 2/25/2014 | RegS | Wallis, Howard | 362 | 2,087 | | 61,289,899 |
| 3/4/2014 | 144 | Maisel, Elliot B | 363 | 2,670,026 | | 63,959,925 |
| 3/4/2014 | 144 | Bronstein Kathy M | 364 | 211,930 | | 64,171,855 |
| 3/4/2014 | 144 | Maisel, Ivan B | 365 | 211,930 | | 64,383,785 |
| 3/4/2014 | 144 | Maisel, Rebecca L | 366 | 836,740 | | 65,220,525 |
| 3/4/2014 | 144 | Maisel, Evan B | 367 | 482,080 | | 65,702,605 |
| 3/4/2014 | 144 | Maisel, Louis E | 368 | 515,200 | | 66,217,805 |
| 3/4/2014 | 144 | Bronstein, Noah J | 369 | 27,600 | | 66,245,405 |
| 3/4/2014 | 144 | Gangle, Thomas A | 370 | 115,000 | | 66,360,405 |

Revised: 10/21/2015

**Electronic Cigarettes International Group, Ltd.**
**14200 Ironwood Drive**
**Grand Rapids, MI 49534**
6651 - Common Stock

Incorporated: Nevada
Began As Transfer Agent: 7/25/07

| Authorized Shares: | | 300,000,000 | | | | Total Outstanding Shares |
|---|---|---|---|---|---|---|
| Par Value: | | $0.001 | | | | 70,482,486 |
| Date | Type | Shareholder Name | Cert No. | Shares Issued | Shares Returned | Shares Outstanding |
| 3/4/2014 | 144 | Cox, James | 371 | 115,000 | | 66,475,405 |
| 3/4/2014 | 144 | Dial, Jr William E | 372 | 46,000 | | 66,521,405 |
| 3/4/2014 | 144 | Marston, James | 373 | 115,000 | | 66,636,405 |
| 3/4/2014 | 144 | Wolff, Prudence A | 374 | 9,200 | | 66,645,605 |
| 3/4/2014 | 144 | Racciatti, John R | 375 | 9,200 | | 66,654,805 |
| 3/4/2014 | 144 | Silva, Terry J | 376 | 9,200 | | 66,664,005 |
| 3/4/2014 | 144 | Grant, III Charles B | 377 | 60,554 | | 66,724,559 |
| 3/4/2014 | 144 | Grant, Walker W | 378 | 121,127 | | 66,845,686 |
| 3/4/2014 | 144 | Melnyk, Steve | 379 | 240,212 | | 67,085,898 |
| 3/4/2014 | 144 | Rubenstein, James E | 380 | 161,000 | | 67,246,898 |
| 3/4/2014 | 144 | Fontaine, George | 381 | 161,000 | | 67,407,898 |
| 3/4/2014 | 144 | Fontaine, John | 382 | 161,000 | | 67,568,898 |
| 3/4/2014 | 144 | Hines, Jeffrey C | 383 | 161,000 | | 67,729,898 |
| 3/4/2014 | 144 | Stone, Joel A | 384 | 221,720 | | 67,951,618 |
| 3/4/2014 | 144 | Stone, Michael L | 385 | 221,720 | | 68,173,338 |
| 3/4/2014 | 144 | Stone, David M | 386 | 885,960 | | 69,059,298 |
| 3/4/2014 | 144 | Stone, Russell G | 387 | 885,960 | | 69,945,258 |
| 3/4/2014 | 144 | Shapiro, David | 388 | 272,320 | | 70,217,578 |
| 3/4/2014 | 144 | Shapiro, Josh | 389 | 136,160 | | 70,353,738 |
| 3/4/2014 | 144 | Shapiro, Bruce | 390 | 136,160 | | 70,489,898 |
| 3/4/2014 | 144 | Maisel, Elliot B | 391 | 232,176 | | 70,722,074 |
| 3/4/2014 | 144 | Bronstein, Kathy M | 392 | 18,429 | | 70,740,503 |
| 3/4/2014 | 144 | Maisel, Ivan B | 393 | 18,429 | | 70,758,932 |
| 3/4/2014 | 144 | Maisel, Rebecca L | 394 | 72,760 | | 70,831,692 |
| 3/4/2014 | 144 | Maisel, Evan B | 395 | 41,920 | | 70,873,612 |
| 3/4/2014 | 144 | Maisel, Louis E | 396 | 44,800 | | 70,918,412 |
| 3/4/2014 | 144 | Bronstein, Noah J | 397 | 2,400 | | 70,920,812 |
| 3/4/2014 | 144 | Gangle, Thomas A | 398 | 10,000 | | 70,930,812 |
| 3/4/2014 | 144 | Cox, James | 399 | 10,000 | | 70,940,812 |
| 3/4/2014 | 144 | Dial, Jr William E | 400 | 4,000 | | 70,944,812 |
| 3/4/2014 | 144 | Marston, James | 401 | 10,000 | | 70,954,812 |
| 3/4/2014 | 144 | Wolff, Prudence A | 402 | 800 | | 70,955,612 |
| 3/4/2014 | 144 | Racciatti, John R | 403 | 800 | | 70,956,412 |
| 3/4/2014 | 144 | Silva, Terry J | 404 | 800 | | 70,957,212 |
| 3/4/2014 | 144 | Grant, III Charles B | 405 | 5,266 | | 70,962,478 |
| 3/4/2014 | 144 | Grant, Walker W | 406 | 10,533 | | 70,973,011 |
| 3/4/2014 | 144 | Melnyk, Steve | 407 | 20,888 | | 70,993,899 |
| 3/4/2014 | 144 | Rubenstein, James E | 408 | 14,000 | | 71,007,899 |
| 3/4/2014 | 144 | Fontaine, George | 409 | 14,000 | | 71,021,899 |
| 3/4/2014 | 144 | Fontaine, John | 410 | 14,000 | | 71,035,899 |
| 3/4/2014 | 144 | Hines, Jeffrey C | 411 | 14,000 | | 71,049,899 |
| 3/4/2014 | 144 | Stone, Joel A | 412 | 19,280 | | 71,069,179 |
| 3/4/2014 | 144 | Stone, Michael L | 413 | 19,280 | | 71,088,459 |
| 3/4/2014 | 144 | Stone, David M | 414 | 77,040 | | 71,165,499 |
| 3/4/2014 | 144 | Stone, Russell G | 415 | 77,040 | | 71,242,539 |

Revised: 10/21/2015                   5 of 13

**Electronic Cigarettes International Group, Ltd.**
**14200 Ironwood Drive**
**Grand Rapids, MI 49534**
6651 - Common Stock

Incorporated: Nevada
Began As Transfer Agent: 7/25/07

| Authorized Shares: | 300,000,000 | | | | Total Outstanding Shares |
|---|---|---|---|---|---|
| Par Value: | $0.001 | | | | 70,482,486 |
| Date | Type | Shareholder Name | Cert No. | Shares Issued | Shares Returned | Shares Outstanding |
| 3/4/2014 | 144 | Shapiro, David | 416 | 23,680 | | 71,266,219 |
| 3/4/2014 | 144 | Shapiro, Josh | 417 | 11,840 | | 71,278,059 |
| 3/4/2014 | 144 | Shapiro, Bruce | 418 | 11,840 | | 71,289,899 |
| 3/14/2014 | 144 | J M Ridgeworth Inc | 419 | 10,000 | | 71,299,899 |
| 4/8/2014 | | Increased Authorized from 100,000,000 to 300,000,000 | | | | |
| 4/17/2014 | 144 | Aegis Capital Corp | 422 | 404,500 | | 71,704,399 |
| 4/22/2014 | 144 | Levin, David Steven | 423 | 534,635 | | 72,239,034 |
| 4/22/2014 | 144 | Levin, Melanie | 424 | 534,635 | | 72,773,669 |
| 4/22/2014 | 144 | Corral, Miguel Carlos | 425 | 1,069,270 | | 73,842,939 |
| 4/22/2014 | 144 | Ryder, David | 426 | 161,460 | | 74,004,399 |
| 4/30/2014 | 144 | VEC Investments LLC | 427 | 483,075 | | 74,487,474 |
| 6/20/2014 | 144 | Carleson, Stephen | 435 | 15,386 | | 74,502,860 |
| 6/20/2014 | 144 | Story, Joe | 436 | 76,924 | | 74,579,784 |
| 6/20/2014 | 144 | Abdul-Haqq, Azeem S | 437 | 10,000 | | 74,589,784 |
| 6/20/2014 | 144 | Williams, Richard & | 438 | 15,000 | | 74,604,784 |
| 6/20/2014 | 144 | Devaney, Kevin B | 439 | 23,100 | | 74,627,884 |
| 7/3/2014 | 144 | FGM LLC | 441 | 286,745 | | 74,914,629 |
| 7/3/2014 | 144 | Firefly Corporation Ltd | 442 | 36,857 | | 74,951,486 |
| 7/3/2014 | 144 | Gulf Distributing Services | 443 | 41,802 | | 74,993,288 |
| 7/3/2014 | 144 | Its Academic of Illinois | 444 | 6,460 | | 74,999,748 |
| 7/3/2014 | 144 | RGS Financial LLC | 445 | 3,203 | | 75,002,951 |
| 7/3/2014 | 144 | Stone Financial Group LLC | 446 | 106,183 | | 75,109,134 |
| 7/11/2014 | NC | Name change to | | | | 75,109,134 |
| | | Electronic Cigarettes International Group, Ltd. | | | | 75,109,134 |
| 7/15/2014 | Reg S | Man FinCo Ltd | 448 | 2,962,963 | | 78,072,097 |
| 7/16/2014 | 144 | Hardwire Interactive Inc | 449 | 3,000,000 | | 81,072,097 |
| 7/18/2014 | 144 | JGB Cayman Cambridge | 450 | 51,000 | | 81,123,097 |
| 7/18/2014 | 144 | RGS Financial LLC | 451 | 2,654 | | 81,125,751 |
| 7/18/2014 | 144 | Its Academic of Illinois | 452 | 5,353 | | 81,131,104 |
| 7/18/2014 | 144 | Firefly Corporation Ltd | 453 | 30,538 | | 81,161,642 |
| 7/18/2014 | 144 | Gulf Distributing Services | 454 | 34,636 | | 81,196,278 |
| 7/18/2014 | 144 | Stone Financial Group LLC | 455 | 87,980 | | 81,284,258 |
| 7/18/2014 | 144 | FGM LLC | 456 | 237,589 | | 81,521,847 |
| 7/24/2014 | 144 | MPL Home Limited | 469 | 50,000 | | 81,571,847 |
| 7/28/2014 | 144 | Cooper, John | 470 | 15,384 | | 81,587,231 |
| 7/28/2014 | 144 | Tait, Bob | 471 | 2,000 | | 81,589,231 |
| 7/28/2014 | 144 | Cooper, Borum | 472 | 8,000 | | 81,597,231 |
| 7/28/2014 | 144 | Cofam Inc | 473 | 15,385 | | 81,612,616 |
| 7/28/2014 | 144 | Eisma, Dean | 474 | 15,384 | | 81,628,000 |
| 7/28/2014 | 144 | Navarra, Guy | 475 | 15,385 | | 81,643,385 |
| 7/28/2014 | 144 | Basore, J Neff | 476 | 7,700 | | 81,651,085 |
| 7/28/2014 | 144 | Engelman, Jeff | 477 | 10,770 | | 81,661,855 |
| 7/28/2014 | 144 | Tenenbaum, Jerald | 478 | 4,500 | | 81,666,355 |
| 7/28/2014 | 144 | Oliphant, John | 479 | 10,770 | | 81,677,125 |
| 7/28/2014 | 144 | Burger, M Kent | 480 | 6,000 | | 81,683,125 |

**Electronic Cigarettes International Group, Ltd.**
14200 Ironwood Drive
Grand Rapids, MI 49534
6651 - Common Stock

Incorporated: Nevada
Began As Transfer Agent: 7/25/07

| | | | | | | Total Outstanding Shares |
|---|---|---|---|---|---|---|
| Authorized Shares: | | 300,000,000 | | | | |
| Par Value: | | $0.001 | | | | 70,482,486 |
| Date | Type | Shareholder Name | Cert No. | Shares Issued | Shares Returned | Shares Outstanding |
| 7/28/2014 | 144 | Reid, Mary Cooper | 481 | 3,847 | | 81,686,972 |
| 7/28/2014 | 144 | Cooper, Pat | 482 | 15,385 | | 81,702,357 |
| 7/28/2014 | 144 | McConnon, Pete | 483 | 30,000 | | 81,732,357 |
| 7/28/2014 | 144 | PX3 LLC | 484 | 9,231 | | 81,741,588 |
| 7/28/2014 | 144 | Stark, Tom | 485 | 10,770 | | 81,752,358 |
| 7/28/2014 | 144 | Haqq, Azeem S Abdul | 486 | 5,000 | | 81,757,358 |
| 7/29/2014 | 144 | Mishcon Capital Partners | 487 | 10,000 | | 81,767,358 |
| 7/31/2014 | 144 | Empery Asset | 492 | 7,987 | | 81,775,345 |
| 8/5/2014 | 144 | Kingsbrook Opportunities | 493 | 10,384 | | 81,785,729 |
| 8/6/2014 | 144 | Darroch, Laurie | 494 | 50,000 | | 81,835,729 |
| 8/15/2014 | 144 | Empery Asset Master LTD | 501 | 97,892 | | 81,933,621 |
| 8/15/2014 | 144 | Empery Tax Efficient LP | 502 | 30,120 | | 81,963,741 |
| 8/28/2014 | 144 | Peltokoski, Raine | 635 | 30,120 | | 81,993,861 |
| 8/28/2014 | 144 | Horberg Enterprises LP | 636 | 20,000 | | 82,013,861 |
| 8/28/2014 | 144 | Prosdocimi LTD | 637 | 215,384 | | 82,229,245 |
| 9/3/2014 | 144 | Dominion Capital LLC | 640 | 17,153 | | 82,246,398 |
| 9/10/2014 | 144 | Pinnacle Family Office | 645 | 30,000 | | 82,276,398 |
| 9/12/2014 | 144 | Diaz, Javier | 646 | 12,048 | | 82,288,446 |
| 9/12/2014 | 144 | Esque, Benjamin | 647 | 14,793 | | 82,303,239 |
| 9/18/2014 | 144 | Diaz, Javier | 659 | 185 | | 82,303,424 |
| 9/18/2014 | 144 | Esque, Benjamin | 660 | 498 | | 82,303,922 |
| 9/24/2014 | 144 | Silver Mountain Partners | 666 | 76,452 | | 82,380,374 |
| 9/24/2014 | 144 | Silver Mountain Partners | 667 | 30,581 | | 82,410,955 |
| 10/1/2014 | 144 | Dominion Capital LLC | 669 | 67,403 | | 82,478,358 |
| 10/2/2014 | 144 | Kodiak Capital Group | 670 | 15,291 | | 82,493,649 |
| 10/30/2014 | 144 | JGB Capital LP | 688 | 904 | | 82,494,553 |
| 10/30/2014 | 144 | JGB Partners LP | 689 | 3,555 | | 82,498,108 |
| 10/30/2014 | 144 | JGB Capital Offshore Ltd | 690 | 5,477 | | 82,503,585 |
| 10/31/2014 | 144 | JGB Capital LP | 691 | 3,011 | | 82,506,596 |
| 10/31/2014 | 144 | JGB Partners LP | 692 | 11,848 | | 82,518,444 |
| 10/31/2014 | 144 | JGB Capital Offshore | 693 | 18,260 | | 82,536,704 |
| 11/3/2014 | 144 | JGB Capital LP | 701 | 2,998 | | 82,539,702 |
| 11/3/2014 | 144 | JGB Partners LP | 702 | 11,794 | | 82,551,496 |
| 11/3/2014 | 144 | JGB Capital Offshore | 703 | 18,178 | | 82,569,674 |
| 11/5/2014 | 144 | Stanwood, Darren | 704 | 228,608 | | 82,798,282 |
| 11/25/2014 | 144 | Stanwood, Darren | 725 | 567,913 | | 83,366,195 |
| 11/26/2014 | 144FT | Dominion Capital LLC | 729 | 102,696 | | 83,468,891 |
| 11/26/2014 | 144FT | Dominion Capital LLC | 730 | 507,060 | | 83,975,951 |
| 12/2/2014 | 144FT | MG Partners II | 733 | 32,475 | | 84,008,426 |
| 12/2/2014 | 144FT | MG Partners II | 734 | 83,500 | | 84,091,926 |
| 12/3/2014 | 144FT | Dominion Capital LLC | 741 | 651,374 | | 84,743,300 |
| 12/3/2014 | 144FT | MG Partners II | 743 | 326,200 | | 85,069,500 |
| 12/4/2014 | 144FT | MG Partners II | 745 | 2,174,852 | | 87,244,352 |
| 12/5/2014 | 144FT | Dominion Capital LLC | 746 | 651,374 | | 87,895,726 |
| 12/5/2014 | 144FT | Dominion Capital LLC | 750 | 650,000 | | 88,545,726 |

Revised: 10/21/2015

*Electronic Cigarettes*
*International Group, Ltd.*
*14200 Ironwood Drive*
*Grand Rapids, MI 49534*
6651 - Common Stock

Incorporated: Nevada
Began As Transfer Agent: 7/25/07

| Authorized Shares: | | 300,000,000 | | | | Total Outstanding Shares |
|---|---|---|---|---|---|---|
| Par Value: | | $0.001 | | | | 70,482,486 |
| Date | Type | Shareholder Name | Cert No. | Shares Issued | Shares Returned | Shares Outstanding |
| 12/9/2014 | 144FT | Dominion Capital LLC | 753 | 683,268 | | 89,228,994 |
| 12/10/2014 | 144 | Plasco, Joel | 755 | 1,984,127 | | 91,213,121 |
| 12/10/2014 | 144FT | Dominion Capital LLC | 757 | 650,000 | | 91,863,121 |
| 12/10/2014 | 144FT | MG Partners II | 758 | 1,937,500 | | 93,800,621 |
| 12/11/2014 | 144 | Dominion Capital LLC | 762 | 3,500,000 | | 97,300,621 |
| 12/12/2014 | 144 | MG Partners II | 768 | 3,592,500 | | 100,893,121 |
| 12/15/2014 | 144 | Alder Capital Partners I | 770 | 2,528,158 | | 103,421,279 |
| 12/16/2014 | 144 | Dominion Capital LLC | 775 | 1,859,900 | | 105,281,179 |
| 12/16/2014 | 144 | Dominion Capital LLC | 777 | 1,190,335 | | 106,471,514 |
| 12/16/2014 | 144 | MG Partners II | 779 | 11,108,393 | | 117,579,907 |
| 12/18/2014 | 144 | Dominion Capital LLC | 782 | 4,000,000 | | 121,579,907 |
| 12/18/2014 | 144 | MG Partners II | 784 | 2,414,157 | | 123,994,064 |
| 12/18/2014 | 144 | Dominion Capital LLC | 786 | 3,810,025 | | 127,804,089 |
| 12/22/2014 | 144 | Dominion Capital LLC | 790 | 3,331,772 | | 131,135,861 |
| 12/22/2014 | 144 | MG Partners II | 791 | 5,674,500 | | 136,810,361 |
| 12/23/2014 | 144 | Redwood Management LLC | 793 | 4,945,598 | | 141,755,959 |
| 12/23/2014 | 144 | Dominion Capital LLC | 794 | 1,480,258 | | 143,236,217 |
| 12/29/2014 | 144 | Dominion Capital LLC | 801 | 5,000,000 | | 148,236,217 |
| 12/29/2014 | 144 | MG Partners II | 803 | 8,017,076 | | 156,253,293 |
| 12/29/2014 | 144 | Redwood Management LLC | 805 | 4,945,598 | | 161,198,891 |
| 12/30/2014 | 144 | JGB Capital LP | 807 | 175,658 | | 161,374,549 |
| 12/30/2014 | 144 | JGB Partners LP | 808 | 691,214 | | 162,065,763 |
| 12/30/2014 | 144 | JGB Capital Offshore | 809 | 1,065,366 | | 163,131,129 |
| 12/30/2014 | 144 | JGB Capital LP | 810 | 175,092 | | 163,306,221 |
| 12/30/2014 | 144 | JGB Partners LP | 811 | 688,987 | | 163,995,208 |
| 12/30/2014 | 144 | JGB Capital Offshore | 812 | 1,061,934 | | 165,057,142 |
| 12/30/2014 | 144 | JGB Capital LP | 813 | 175,041 | | 165,232,183 |
| 12/30/2014 | 144 | JGB Partners LP | 814 | 688,785 | | 165,920,968 |
| 12/30/2014 | 144 | JGB Capital Offshore | 815 | 1,061,622 | | 166,982,590 |
| 12/30/2014 | 144 | JGB Capital LP | 816 | 177,491 | | 167,160,081 |
| 12/30/2014 | 144 | JGB Partners LP | 817 | 698,427 | | 167,858,508 |
| 12/30/2014 | 144 | JGB Capital Offshore | 818 | 1,076,482 | | 168,934,990 |
| 12/30/2014 | 144 | JGB Capital LP | 819 | 177,491 | | 169,112,481 |
| 12/30/2014 | 144 | JGB Partners LP | 820 | 698,427 | | 169,810,908 |
| 12/30/2014 | 144 | JGB Capital Offshore | 821 | 1,076,482 | | 170,887,390 |
| 12/31/2014 | 144 | MG Partners II | 822 | 7,945,494 | | 178,832,884 |
| 12/31/2014 | 144 | JGB Capital LP | 829 | 176,685 | | 179,009,569 |
| 12/31/2014 | 144 | JGB Partners LP | 830 | 695,257 | | 179,704,826 |
| 12/31/2014 | 144 | JGB Capital Offshore | 831 | 1,071,596 | | 180,776,422 |
| 1/2/2015 | 144 | Dominion Capital LLC | 833 | 4,912,281 | | 185,688,703 |
| 1/6/2015 | 144 | JGB Capital LP | 835 | 176,685 | | 185,865,388 |
| 1/6/2015 | 144 | JGB Partners LP | 836 | 695,257 | | 186,560,645 |
| 1/6/2015 | 144 | JGB Capital Offshore | 837 | 1,071,596 | | 187,632,241 |
| 1/6/2015 | 144 | JGB Capital LP | 838 | 176,659 | | 187,808,900 |
| 1/6/2015 | 144 | JGB Partners LP | 839 | 695,154 | | 188,504,054 |

**Electronic Cigarettes International Group, Ltd.**
**14200 Ironwood Drive**
**Grand Rapids, MI 49534**
6651 - Common Stock

Incorporated: Nevada
Began As Transfer Agent: 7/25/07

| | | | | | | Total Outstanding Shares |
|---|---|---|---|---|---|---|
| Authorized Shares: | | 300,000,000 | | | | |
| Par Value: | | $0.001 | | | | 70,482,486 |
| Date | Type | Shareholder Name | Cert No. | Shares Issued | Shares Returned | Shares Outstanding |
| 1/6/2015 | 144 | JGB Capital Offshore | 840 | 1,071,439 | | 189,575,493 |
| 1/6/2015 | 144 | Redwood Management LLC | 842 | 4,945,598 | | 194,521,091 |
| 1/7/2015 | 144 | Dominion Capital LLC | 845 | 8,000,000 | | 202,521,091 |
| 1/8/2015 | 144 | MG Partners II Limited | 847 | 2,000,000 | | 204,521,091 |
| 1/8/2015 | 144 | MG Partners II Limited | 849 | 500,000 | | 205,021,091 |
| 1/9/2015 | 144 | Dominion Capital LLC | 850 | 8,000,000 | | 213,021,091 |
| 1/12/2015 | 144 | MG Partners II Limited | 853 | 9,034,763 | | 222,055,854 |
| 1/13/2015 | 144 | JGB Capital LP | 855 | 88,343 | | 222,144,197 |
| 1/13/2015 | 144 | JGB Partners LP | 856 | 347,628 | | 222,491,825 |
| 1/13/2015 | 144 | JGB Capital Offshore | 857 | 535,798 | | 223,027,623 |
| 1/15/2015 | 144 | JGB Capital LP | 860 | 361,319 | | 223,388,942 |
| 1/15/2015 | 144 | JGB Partners LP | 861 | 1,421,791 | | 224,810,733 |
| 1/15/2015 | 144 | JGB Capital Offshore | 862 | 2,191,405 | | 227,002,138 |
| 1/15/2015 | 144 | JGB Capital LP | 863 | 361,319 | | 227,363,457 |
| 1/15/2015 | 144 | JGB Partners LP | 864 | 1,421,791 | | 228,785,248 |
| 1/15/2015 | 144 | JGB Capital Offshore | 865 | 2,191,405 | | 230,976,653 |
| 1/20/2015 | 144 | Dominion Capital LLC | 866 | 8,000,000 | | 238,976,653 |
| 1/20/2015 | 144 | MG Partners II Limited | 867 | 740,000 | | 239,716,653 |
| 1/20/2015 | RTT | Simon, Paul Cory | 498 | | 292,500 | 239,424,153 |
| 1/22/2015 | 144 | MG Partners II Limited | 872 | 3,000,000 | | 242,424,153 |
| 1/23/2015 | 144 | JGB Capital LP | 875 | 361,319 | | 242,785,472 |
| 1/23/2015 | 144 | JGB Partners LP | 876 | 1,421,791 | | 244,207,263 |
| 1/23/2015 | 144 | JGB Capital Offshore | 877 | 2,191,405 | | 246,398,668 |
| 1/27/2015 | 144 | MG Partners II Limited | 878 | 3,405,525 | | 249,804,193 |
| 1/27/2015 | 144 | JGB Capital LP | 880 | 361,319 | | 250,165,512 |
| 1/27/2015 | 144 | JGB Partners LP | 881 | 1,421,791 | | 251,587,303 |
| 1/27/2015 | 144 | JGB Capital Offshore | 882 | 2,191,405 | | 253,778,708 |
| 1/28/2015 | 144 | Dominion Capital LLC | 883 | 10,000,000 | | 263,778,708 |
| 1/29/2015 | 144 | RDW Capital LLC | 888 | 7,733,952 | | 271,512,660 |
| 1/30/2015 | 144 | JGB Capital LP | 891 | 361,266 | | 271,873,926 |
| 1/30/2015 | 144 | JGB Partners LP | 892 | 1,421,583 | | 273,295,509 |
| 1/30/2015 | 144 | JGB Capital Offshore | 893 | 2,191,081 | | 275,486,590 |
| 1/30/2015 | 144 | Quezon, Jaime | 895 | 100,000 | | 275,586,590 |
| 1/30/2015 | 144 | Horberg Enterprises LP | 896 | 672,000 | | 276,258,590 |
| 1/30/2015 | 144 | JGB Capital LP | 897 | 361,213 | | 276,619,803 |
| 1/30/2015 | 144 | JGB Partners LP | 898 | 1,421,374 | | 278,041,177 |
| 1/30/2015 | 144 | JGB Capital Offshore | 899 | 2,190,759 | | 280,231,936 |
| 2/9/2015 | 144 | RDW Capital LLC | 904 | 7,429,254 | | 287,661,190 |
| 2/18/2015 | 144 | Dominion Capital LLC | 910 | 11,307,461 | | 298,968,651 |
| 3/24/2015 | SPLT | 15 to 1 reverse split | | | 279,037,317 | 19,931,334 |
| 3/24/2015 | 144 | Alder Capital Partners I | 923 | 1,009,168 | | 20,940,502 |
| 3/24/2015 | 144 | Esque, Benjamin | 924 | 117,958 | | 21,058,460 |
| 3/24/2015 | 144 | Black Mountain Equities | 925 | 810,508 | | 21,868,968 |
| 3/24/2015 | 144 | Cooper, Borum M | 926 | 23,854 | | 21,892,822 |
| 3/24/2015 | 144 | COFAM Inc | 927 | 45,870 | | 21,938,692 |

Revised: 10/21/2015                9 of 13

**Electronic Cigarettes
International Group, Ltd.
14200 Ironwood Drive
Grand Rapids, MI 49534**
6651 - Common Stock

Incorporated: Nevada
Began As Transfer Agent: 7/25/07

| | | | | | Total Outstanding Shares |
|---|---|---|---|---|---|
| Authorized Shares: | 300,000,000 | | | | |
| Par Value: | $0.001 | | | | 70,482,486 |
| Date | Type | Shareholder Name | Cert No. | Shares Issued | Shares Returned | Shares Outstanding |
| 3/24/2015 | 144 | Cold Spring Investing | 928 | 60,430 | | 21,999,122 |
| 3/24/2015 | 144 | Eisma, Dean F | 929 | 45,870 | | 22,044,992 |
| 3/24/2015 | 144 | EDJ Ltd | 930 | 417,310 | | 22,462,302 |
| 3/24/2015 | 144 | Gemini Master Fund Ltd | 931 | 250,674 | | 22,712,976 |
| 3/24/2015 | 144 | Gemini Master Fund Ltd | 932 | 327,815 | | 23,040,791 |
| 3/24/2015 | 144 | Helmsquire Holdings | 933 | 60,430 | | 23,101,221 |
| 3/24/2015 | 144 | Horberg Enterprises LP | 934 | 186,069 | | 23,287,290 |
| 3/24/2015 | 144 | JGB Capital LP | 935 | 12,122 | | 23,299,412 |
| 3/24/2015 | 144 | JGB Capital Offshore Ltd | 936 | 73,516 | | 23,372,928 |
| 3/24/2015 | 144 | JGB Partners LP | 937 | 47,697 | | 23,420,625 |
| 3/24/2015 | 144 | Basore, Joe Neff | 938 | 22,959 | | 23,443,584 |
| 3/24/2015 | 144 | Cooper, III John | 939 | 45,870 | | 23,489,454 |
| 3/24/2015 | 144 | Kodiak Capital Group | 940 | 236,512 | | 23,725,966 |
| 3/24/2015 | 144 | Manners Inc | 941 | 236,513 | | 23,962,479 |
| 3/24/2015 | 144 | Reid, Mary Cooper | 942 | 11,462 | | 23,973,941 |
| 3/24/2015 | 144 | Burger, Michael Kent | 943 | 17,890 | | 23,991,831 |
| 3/24/2015 | 144 | Cooper, Pat | 944 | 45,870 | | 24,037,701 |
| 3/24/2015 | 144 | Pinnacle Family Office | 945 | 2,535,792 | | 26,573,493 |
| 3/24/2015 | 144 | Porter Family Trust | 946 | 185,471 | | 26,758,964 |
| 3/24/2015 | 144 | Porter Partners LP | 947 | 2,364,756 | | 29,123,720 |
| 3/24/2015 | 144 | Peltokoski, Raine | 948 | 119,214 | | 29,242,934 |
| 3/24/2015 | 144 | Kuchrawy, David TTEE | 949 | 267,240 | | 29,510,174 |
| 3/24/2015 | 144 | Silver Mountain Partners | 950 | 424,229 | | 29,934,403 |
| 3/24/2015 | 144 | Southwell Capital LP | 951 | 649,149 | | 30,583,552 |
| 3/24/2015 | 144 | Kitt, Steven M | 952 | 42,264 | | 30,625,816 |
| 3/24/2015 | 144 | Tiburon Opportunity Fund | 953 | 248,057 | | 30,873,873 |
| 3/24/2015 | 144 | Tiburon Opportunity Fund | 954 | 188,776 | | 31,062,649 |
| 3/24/2015 | 144 | Westpark Capital LP | 955 | 418,597 | | 31,481,246 |
| 3/24/2015 | 144 | Helmsquire Holdings | 956 | 241,112 | | 31,722,358 |
| 3/24/2015 | 144 | Diaz, Javier W | 957 | 46,667 | | 31,769,025 |
| 3/24/2015 | 144 | Kodiak Capital Group | 958 | 146,558 | | 31,915,583 |
| 3/24/2015 | 144 | Manners Inc | 959 | 282,891 | | 32,198,474 |
| 3/24/2015 | 144 | RDW Capital LLC | 960 | 508,851 | | 32,707,325 |
| 3/27/2015 | 144 | Dominion Capital LLC | 982 | 1,195,234 | | 33,902,559 |
| 3/27/2015 | 144 | Mantel, Rachel | 985 | 217,333 | | 34,119,892 |
| 3/27/2015 | 144 | Mantel, Steven | 986 | 326,000 | | 34,445,892 |
| 3/27/2015 | 144 | Cassels, John | 990 | 5,308 | | 34,451,200 |
| 3/27/2015 | 144 | Cassels, John | 991 | 21,863 | | 34,473,063 |
| 3/27/2015 | 144 | Cassels, John | 992 | 32,809 | | 34,505,872 |
| 3/27/2015 | 144 | Silver Mountain Partners | 993 | 373,322 | | 34,879,194 |
| 4/1/2015 | 144 | Vertex Enhanced Income | 1016 | 322,500 | | 35,201,694 |
| 4/1/2015 | 144 | Vertex Strategic Income | 1017 | 35,834 | | 35,237,528 |
| 4/1/2015 | 144 | Vertex Growth Fund | 1018 | 788,334 | | 36,025,862 |
| 4/1/2015 | 144 | Neuman, Larry | 1019 | 20,322 | | 36,046,184 |
| 4/1/2015 | 144 | MG Partners II | 1020 | 300,000 | | 36,346,184 |

**Electronic Cigarettes International Group, Ltd.**
**14200 Ironwood Drive**
**Grand Rapids, MI 49534**
6651 - Common Stock

Incorporated: Nevada
Began As Transfer Agent: 7/25/07

| | | | | | | Total Outstanding Shares |
|---|---|---|---|---|---|---|
| Authorized Shares: | | 300,000,000 | | | | |
| Par Value: | | $0.001 | | | | 70,482,486 |
| Date | Type | Shareholder Name | Cert No. | Shares Issued | Shares Returned | Shares Outstanding |
| 4/2/2015 | 144 | JGB Capital LP | 1022 | 45,453 | | 36,391,637 |
| 4/2/2015 | 144 | JGB Partners LP | 1023 | 178,865 | | 36,570,502 |
| 4/2/2015 | 144 | JGB Capital Offshore Ltd | 1024 | 275,682 | | 36,846,184 |
| 4/2/2015 | 144 | JGB Capital LP | 1025 | 22,727 | | 36,868,911 |
| 4/2/2015 | 144 | JGB Partners LP | 1026 | 89,432 | | 36,958,343 |
| 4/2/2015 | 144 | JGB Capital Offshore Ltd | 1027 | 137,841 | | 37,096,184 |
| 4/2/2015 | 144 | MG Partners II | 1032 | 200,000 | | 37,296,184 |
| 4/3/2015 | 144 | MG Partners II | 1043 | 143,334 | | 37,439,518 |
| 4/3/2015 | 144 | JGB Capital LP | 1044 | 45,454 | | 37,484,972 |
| 4/3/2015 | 144 | JGB Partners LP | 1045 | 178,864 | | 37,663,836 |
| 4/3/2015 | 144 | JGB Capital Offshore Ltd | 1046 | 275,682 | | 37,939,518 |
| 4/7/2015 | 144 | JGB Capital LP | 1053 | 45,454 | | 37,984,972 |
| 4/7/2015 | 144 | JGB Partners LP | 1054 | 178,864 | | 38,163,836 |
| 4/7/2015 | 144 | JGB Capital Offshore Ltd | 1055 | 275,682 | | 38,439,518 |
| 4/7/2015 | 144 | MG Partners II Limited | 1056 | 83,876 | | 38,523,394 |
| 4/7/2015 | 144 | Southwell Capital LP | 1057 | 841,814 | | 39,365,208 |
| 4/8/2015 | 144 | JGB Capital LP | 1061 | 45,454 | | 39,410,662 |
| 4/8/2015 | 144 | JGB Partners LP | 1062 | 178,864 | | 39,589,526 |
| 4/8/2015 | 144 | JGB Capital Offshore Ltd | 1063 | 275,682 | | 39,865,208 |
| 4/8/2015 | 144 | MG Partners II | 1064 | 1,000,000 | | 40,865,208 |
| 4/8/2015 | 144 | AT Media Corp | 1066 | 157,699 | | 41,022,907 |
| 4/9/2015 | 144 | JGB Capital LP | 1072 | 22,727 | | 41,045,634 |
| 4/9/2015 | 144 | JGB Partners LP | 1073 | 89,432 | | 41,135,066 |
| 4/9/2015 | 144 | JGB Capital Offshore Ltd | 1074 | 137,841 | | 41,272,907 |
| 4/9/2015 | 144 | JGB Capital LP | 1075 | 22,727 | | 41,295,634 |
| 4/9/2015 | 144 | JGB Partners LP | 1076 | 89,432 | | 41,385,066 |
| 4/9/2015 | 144 | JGB Capital Offshore Ltd | 1077 | 137,841 | | 41,522,907 |
| 4/9/2015 | 144 | MG Partners II | 1078 | 1,000,000 | | 42,522,907 |
| 4/10/2015 | 144 | JGB Capital LP | 1085 | 45,454 | | 42,568,361 |
| 4/10/2015 | 144 | JGB Partners LP | 1086 | 178,864 | | 42,747,225 |
| 4/10/2015 | 144 | JGB Capital Offshore Ltd | 1087 | 275,682 | | 43,022,907 |
| 4/10/2015 | 144 | MG Partners II Limited | 1089 | 966,524 | | 43,989,431 |
| 4/10/2015 | 144 | Southwell Capital LP | 1091 | 1 | | 43,989,432 |
| 4/13/2015 | 144 | JGB Capital LP | 1093 | 45,454 | | 44,034,886 |
| 4/13/2015 | 144 | JGB Partners LP | 1094 | 178,864 | | 44,213,750 |
| 4/13/2015 | 144 | JGB Capital Offshore Ltd | 1095 | 275,682 | | 44,489,432 |
| 4/15/2015 | 144 | JGB Capital LP | 1101 | 22,727 | | 44,512,159 |
| 4/15/2015 | 144 | JGB Partners LP | 1102 | 89,432 | | 44,601,591 |
| 4/15/2015 | 144 | JGB Capital Offshore Ltd | 1103 | 137,841 | | 44,739,432 |
| 4/16/2015 | 144 | JGB Capital LP | 1104 | 30,000 | | 44,769,432 |
| 4/16/2015 | 144 | JGB Partners LP | 1105 | 179,050 | | 44,948,482 |
| 4/16/2015 | 144 | JGB Capital Offshore Ltd | 1106 | 40,950 | | 44,989,432 |
| 4/21/2015 | 144 | JGB Capital LP | 1110 | 60,000 | | 45,049,432 |
| 4/21/2015 | 144 | JGB Partners LP | 1111 | 358,100 | | 45,407,532 |
| 4/21/2015 | 144 | JGB Capital Offshore Ltd | 1112 | 81,900 | | 45,489,432 |

**Electronic Cigarettes International Group, Ltd.**
**14200 Ironwood Drive**
**Grand Rapids, MI 49534**
6651 - Common Stock

Incorporated: Nevada
Began As Transfer Agent: 7/25/07

| | | | | | | Total Outstanding Shares |
|---|---|---|---|---|---|---|
| Authorized Shares: | | 300,000,000 | | | | |
| Par Value: | | $0.001 | | | | 70,482,486 |
| Date | Type | Shareholder Name | Cert No. | Shares Issued | Shares Returned | Shares Outstanding |
| 4/23/2015 | RNDUP | CEDE & Co | 1115 | 2,797 | | 45,492,229 |
| 4/23/2015 | 144 | Devaney, Kevin B | 1116 | 68,875 | | 45,561,104 |
| 4/24/2015 | 144 | JGB Capital LP | 1118 | 30,000 | | 45,591,104 |
| 4/24/2015 | 144 | JGB Partners LP | 1119 | 179,050 | | 45,770,154 |
| 4/24/2015 | 144 | JGB Capital Offshore Ltd | 1120 | 40,950 | | 45,811,104 |
| 4/27/2015 | 144 | Man FinCo Ltd | 1122 | 19,666,667 | | 65,477,771 |
| 4/29/2015 | 144 | JGB Capital LP | 1124 | 22,727 | | 65,500,498 |
| 4/29/2015 | 144 | JGB Partners LP | 1125 | 89,432 | | 65,589,930 |
| 4/29/2015 | 144 | JGB Capital Offshore Ltd | 1126 | 137,841 | | 65,727,771 |
| 4/29/2015 | 144 | JGB Capital LP | 1127 | 30,000 | | 65,757,771 |
| 4/29/2015 | 144 | JGB Partners LP | 1128 | 179,050 | | 65,936,821 |
| 4/29/2015 | 144 | JGB Capital Offshore Ltd | 1129 | 40,950 | | 65,977,771 |
| 5/5/2015 | 144 | JGB Capital LP | 1132 | 15,422 | | 65,993,193 |
| 5/5/2015 | 144 | JGB Partners LP | 1133 | 60,684 | | 66,053,877 |
| 5/5/2015 | 144 | JGB Capital Offshore Ltd | 1134 | 93,531 | | 66,147,408 |
| 5/5/2015 | 144 | JGB Capital LP | 1135 | 9,644 | | 66,157,052 |
| 5/5/2015 | 144 | JGB Partners LP | 1136 | 57,556 | | 66,214,608 |
| 5/5/2015 | 144 | JGB Capital Offshore Ltd | 1137 | 13,163 | | 66,227,771 |
| 5/5/2015 | 144 | JGB Capital LP | 1138 | 9,782 | | 66,237,553 |
| 5/5/2015 | 144 | JGB Partners LP | 1139 | 38,491 | | 66,276,044 |
| 5/5/2015 | 144 | JGB Capital Offshore Ltd | 1140 | 59,326 | | 66,335,370 |
| 5/5/2015 | 144 | JGB Capital LP | 1141 | 30,843 | | 66,366,213 |
| 5/5/2015 | 144 | JGB Partners LP | 1142 | 121,367 | | 66,487,580 |
| 5/5/2015 | 144 | JGB Capital Offshore Ltd | 1143 | 187,064 | | 66,674,644 |
| 5/5/2015 | 144 | JGB Capital LP | 1144 | 19,287 | | 66,693,931 |
| 5/5/2015 | 144 | JGB Partners LP | 1145 | 115,112 | | 66,809,043 |
| 5/5/2015 | 144 | JGB Capital Offshore Ltd | 1146 | 26,327 | | 66,835,370 |
| 5/5/2015 | 144 | Dalmore Group LLC | 1147 | 89,425 | | 66,924,795 |
| 5/5/2015 | 144 | Dalmore Group LLC | 1148 | 1,693,069 | | 68,617,864 |
| 5/7/2015 | 144 | JGB Capital LP | 1152 | 30,843 | | 68,648,707 |
| 5/7/2015 | 144 | JGB Partners LP | 1153 | 121,367 | | 68,770,074 |
| 5/7/2015 | 144 | JGB Capital Offshore Ltd | 1154 | 187,064 | | 68,957,138 |
| 5/7/2015 | 144 | JGB Capital LP | 1155 | 19,287 | | 68,976,425 |
| 5/7/2015 | 144 | JGB Partners LP | 1156 | 115,112 | | 69,091,537 |
| 5/7/2015 | 144 | JGB Capital Offshore Ltd | 1157 | 26,327 | | 69,117,864 |
| 5/8/2015 | 144 | JGB Capital LP | 1159 | 30,843 | | 69,148,707 |
| 5/8/2015 | 144 | JGB Partners LP | 1160 | 121,367 | | 69,270,074 |
| 5/8/2015 | 144 | JGB Capital Offshore Ltd | 1161 | 187,064 | | 69,457,138 |
| 5/8/2015 | 144 | JGB Capital LP | 1162 | 19,287 | | 69,476,425 |
| 5/8/2015 | 144 | JGB Partners LP | 1163 | 115,112 | | 69,591,537 |
| 5/8/2015 | 144 | JGB Capital Offshore Ltd | 1164 | 26,327 | | 69,617,864 |
| 5/11/2015 | 144 | JGB Capital LP | 1167 | 30,843 | | 69,648,707 |
| 5/11/2015 | 144 | JGB Partners LP | 1168 | 121,367 | | 69,770,074 |
| 5/11/2015 | 144 | JGB Capital Offshore Ltd | 1169 | 187,064 | | 69,957,138 |
| 5/11/2015 | 144 | JGB Capital LP | 1170 | 19,287 | | 69,976,425 |

**Electronic Cigarettes International Group, Ltd.**
14200 Ironwood Drive
Grand Rapids, MI 49534
665I - Common Stock

Incorporated: Nevada
Began As Transfer Agent: 7/25/07

| Authorized Shares: | | 300,000,000 | | | | Total Outstanding Shares |
|---|---|---|---|---|---|---|
| Par Value: | | $0.001 | | | | 70,482,486 |
| Date | Type | Shareholder Name | Cert No. | Shares Issued | Shares Returned | Shares Outstanding |
| 5/11/2015 | 144 | JGB Partners LP | 1171 | 115,112 | | 70,091,537 |
| 5/11/2015 | 144 | JGB Capital Offshore Ltd | 1172 | 26,327 | | 70,117,864 |
| 5/13/2015 | 144 | JGB Capital LP | 1175 | 21,121 | | 70,138,985 |
| 5/13/2015 | 144 | JGB Partners LP | 1176 | 83,113 | | 70,222,098 |
| 5/13/2015 | 144 | JGB Capital Offshore Ltd | 1177 | 128,101 | | 70,350,199 |
| 5/13/2015 | 144 | JGB Capital LP | 1178 | 13,208 | | 70,363,407 |
| 5/13/2015 | 144 | JGB Partners LP | 1179 | 78,829 | | 70,442,236 |
| 5/13/2015 | 144 | JGB Capital Offshore Ltd | 1180 | 18,028 | | 70,460,264 |
| 5/14/2015 | 144 | McCormick, James | 1181 | 22,222 | | 70,482,486 |