

OLSHAN

PARK AVENUE TOWER • 65 EAST 55TH STREET • NEW YORK, NEW YORK 10022
TELEPHONE: 212.451.2300 • FACSIMILE: 212.451.2222

EMAIL: TFLEMING@OLSHANLAW.COM
DIRECT DIAL: 212.451.2213

December 16, 2015

BY ECF

Hon. William H. Pauley III
United States District Judge
United States Court House
500 Pearl Street
New York, New York 100007

   Re: Gemini Master Fund, Ltd. et al. v. Electronic Cigarettes International Group
      Case No. 1:15-CV-03378 (WHP)

Dear Judge Pauley:

  My firm represents plaintiffs Gemini Master Fund, Ltd. and Black Mountain Equities,
Inc.

  I write jointly with defendant's counsel to advise the Court that the parties have met and
reached an agreement regarding the basic financial terms to settle the case. Counsel for the
parties are now drafting documentation for the settlement. We wish to advise the Court of these
events, so that its resources are not wasted by addressing the pending Motion for Summary
Judgment. The settlement will be contingent on obtaining Court approval for the issuance of
shares of Electric Cigarette common stock pursuant to Section 3(a)(10) of the Securities Act of
1933. We therefore request that the Court not dismiss the case until we have completed the
settlement process.

         Respectfully Submitted,

         Thomas J. Fleming

cc: Lawrence Hirsh., Esq., *Attorney for Defendant* (by ECF)